IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TAMMI J. LOVE                                                      PETITIONER
ADC #707670

V.                      NO. 5:04CV00122 WRW/JWC

LARRY NORRIS, Director,                             RESPONDENT
Arkansas Department of Correction

## ORDER

In response to Respondent's contention that several of Petitioner's 28 U.S.C. § 2254 habeas claims are procedurally barred (docket entry #10), Petitioner has asked to amend her petition to exclude the claims raised in Grounds 3.1, 3.2 and 4, and to proceed only with Grounds 1, 2 and 3.3 (docket entry #12). This request is GRANTED.

Additionally, the Court has determined that the record should be expanded to ensure full consideration of the remaining claims. See Rule 7, Rules Governing § 2254 Cases in United States District Courts. Accordingly, Respondent is directed to file with the Court, on or before August 15, 2005, a transcript of the state-court suppression hearing underlying Petitioner's claims, along with any other portions of the state-court record deemed relevant.

IT IS SO ORDERED this 13th day of July, 2005.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE