IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TAMMI J. LOVE                                                                                          PETITIONER
ADC #707670

V.                                          5:04CV00122-WRW

LARRY NORRIS, Director,                                                                      RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 17th day of August, 2006.


/s/Wm . R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE